**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: HEIDI A. SHOULTZ           §     Case No. 08-73904
                                  §
                                  §
                                  §
      Debtors                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/01/2008.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/27/2009.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,219.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 726.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 746.00 | NA | NA | 0.00 | 0.00 |
| AREA RENTAL & SALES, INC. | Uns | 316.39 | NA | NA | 0.00 | 0.00 |
| ASPEN NATIONAL COLLECTIONS | Uns | 831.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 833.00 | 917.26 | 917.26 | 0.00 | 0.00 |
| ATTORNEY EDWARD MITCHELL | Uns | 662.88 | NA | NA | 0.00 | 0.00 |
| BAKER, MILLER | Uns | 14,750.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK VETERINARY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| BRENNTAG GREAT LAKES LLC | Uns | 3,362.57 | 1,340.57 | 1,340.57 | 0.00 | 0.00 |
| BUREAU COUNTY STATES | Uns | 825.50 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| CASTLE BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 291.02 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Uns | 306.36 | 51.35 | 51.35 | 0.00 | 0.00 |
| COMCAST | Uns | 184.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL RECOVERY | Uns | 89.01 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CORNER AMOCO | Uns | 2,804.68 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 432.54 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 14,750.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 320.46 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 697.52 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE | Uns | 1,214.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS SERVICE OF INDIANA | Uns | 517.97 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIANS | Uns | 17.50 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 98.86 | NA | NA | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTAGE | Uns | 229.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 831.00 | 460.67 | 460.67 | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE | Uns | 531.28 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE | Uns | 678.82 | NA | NA | 0.00 | 0.00 |
| FRIEDMAN & WEXLER | Uns | 135.28 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE BILLING SERVICE, | Uns | 110.50 | NA | NA | 0.00 | 0.00 |
| HOLCOMB STATE BANK | Uns | 407.98 | 407.94 | 407.94 | 0.00 | 0.00 |
| HOTSY EQUIPMENT COMPANY | Uns | 720.50 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| JUNCTION MOTORS | Uns | 9,400.00 | NA | NA | 0.00 | 0.00 |
| KCRC | Uns | 400.08 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 667.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF ROBERT E. | Uns | 1,794.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 396.00 | 396.38 | 396.38 | 0.00 | 0.00 |
| NICOR | Uns | 218.59 | NA | NA | 0.00 | 0.00 |
| NORHTERN REHABILITATION | Uns | 626.00 | 626.00 | 626.00 | 0.00 | 0.00 |
| OFS ST ANTHONY MEDICAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| OMNIUM WORLD WIDE | Uns | 197.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC. | Uns | 607.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 97.94 | NA | NA | 0.00 | 0.00 |
| R.J. BOWERS DISTRIBUTORS, INC. | Uns | 898.47 | NA | NA | 0.00 | 0.00 |
| REHABILITATION ASSOC OF | Uns | 1,189.41 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Uns | 181.15 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 99.45 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Case 08-73904    Doc 16    Filed 04/28/09    Entered 04/28/09 09:05:15    Desc Main
              Document      Page 4 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCK RIVER DISPOSAL | Uns | 79.88 | 110.20 | 110.20 | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD BANK & TRUST | Uns | 2,355.80 | NA | NA | 0.00 | 0.00 |
| ROCKFORD REGISTER STAR | Uns | 68.18 | NA | NA | 0.00 | 0.00 |
| ROI SERVICES | Uns | 408.94 | NA | NA | 0.00 | 0.00 |
| ROLLING MEADOWS | Uns | 1,700.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 650.00 | 764.98 | 764.98 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 139.04 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Uns | 4,232.46 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL-DISTRIBUTIONS | Uns | 100.00 | 747.72 | 747.72 | 0.00 | 0.00 |
| SUPERIOR SELF STORAGE OF | Uns | 0.00 | 220.00 | 220.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 179.40 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 440.70 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Uns | 220.34 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY COMMUNITY HEALTH | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY HEALTH | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| TRS | Uns | 680.90 | NA | NA | 0.00 | 0.00 |
| VERIZON NORTH | Uns | 6,445.00 | NA | NA | 0.00 | 0.00 |
| ROLLING MEADOWS MOBILE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| RONALD ELLIS, JR. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 914.45 | 914.45 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Uns | 0.00 | 306.36 | 306.36 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 12,592.04 | 12,592.04 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,855.92 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  04/21/2009            By:  /s/ Lydia S. Meyer
                                       Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)